CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIK L. HANCOCK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 4:25-cv-08841-HSG<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from December 15, 2025, to January 14, 2026, for Defendant to respond to Plaintiff's Complaint.

　　　　This is Defendant's FIRST request for an extension of time and good cause exists for this extension. In accordance with 42 U.S.C. § 405(g), the Commissioner files a certified copy of the transcript of the administrative record (CAR), including the evidence upon which the findings

and decisions complained of are based. Our office has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the transcript is not yet ready due to a delay in processing. The client agency therefore needs more time to prepare an administrative record for the Court's review.

    Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Respectfully submitted,

Dated:  December 12, 2025

*/s/ Harvey P. Sackett*
HARVEY P. SACKETT
(*as authorized via email)
Attorney for Plaintiff

Dated:  December 12, 2025

CRAIG H. MISSAKIAN
United States Attorney

By:  */s/ Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 12/15/2025

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge