HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ERIK L. HANCOCK,                            )    Case No. 4:25-cv-08841-HSG
                                            )
        Plaintiff,                          )
                                            )
v.                                          )    STIPULATION AND ORDER
                                            )
                                            )
                                            )
COMMISSIONER OF SOCIAL SECURITY, )
                                            )
        Defendant.                          )
                                            )

        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a sixty (60) day extension of time until April 7, 2026, in which to e-file his Opening Brief which is due on February 6, 2026. Defendant's Brief shall be filed on or before May 7, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

1

STIPULATION AND ORDER

Dated:   January 28, 2026          /s/HARVEY P. SACKETT
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff
                                   ERIK L. HANCOCK

Dated:   January 28, 2026          /s/ERIN HIGHLAND
                                   ERIN HIGHLAND
                                   Special Assistant U.S. Attorney
                                   Social Security Administration
                                   [*As authorized by email 1/28/26]

IT IS ORDERED.

Dated:   1/29/2026                 _____
                                   HAYWARD S. GILLIAM, JR.
                                   UNITED STATES DISTRICT JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER