HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIK L. HANCOCK, | ) Case No. 4:25-cv-08841-HSG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until May 7, 2026, in which to e-file his Opening Brief which is due on April 7, 2026. Defendant's Brief shall be filed on or before June 8, 2026. This second extension is necessitated due to: (1) the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals, and (b) staff illness. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

1

STIPULATION AND ORDER

Dated:   April 2, 2026                  /s/HARVEY P. SACKETT
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        ERIK L. HANCOCK


Dated:   April 2, 2026                  /s/ERIN HIGHLAND
                                        ERIN HIGHLAND
                                        Special Assistant U.S. Attorney
                                        Social Security Administration
                                        [*As authorized by email 4/2/26]


IT IS ORDERED.


Dated:    4/3/2026

                                        HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER