CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
LISA A. TILLMAN (CA Bar No. 126424)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-965-5909
Email: Lisa.A.Tillman@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

ERIK L. HANCOCK,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 4:25-CV-08841-HSG

**FIRST STIPULATION AND
ORDER TO EXTEND DEADLINE
FOR COMMISSIONER'S BRIEF**

Defendant Commissioner of Social Security (Defendant) respectfully requests that the Court adopt this stipulation to extend the deadline for Defendant to respond to Plaintiff's brief by thirty days, from June 8, 2026 to July 8, 2026. Defendant further requests that all subsequent deadlines be extended accordingly. This is Defendant's first request for an extension of time to file a response.

Good cause exists for this extension. Defendant respectfully requests this additional time because Defendant's counsel is experiencing an extremely heavy workload, despite due diligence. In

1

addition to this case, the undersigned is preparing the Commissioner's answering brief in an appeal pending in the Ninth Circuit Court of Appeals as well as opposition briefs in several district court cases with concurrent deadlines.  Counsel has already addressed two other cases this month by filing opposition briefs or otherwise resolving the cases.  An additional thirty days would provide the undersigned with the time to thoroughly review the record and examine the issues raised in Plaintiff's Opening Brief.  This request is made in good faith and with no intention to unduly delay the proceedings.  Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Counsel for Defendant advised counsel for Plaintiff of the need for this extension by email sent on June 1, 2026 at approximately 11:15 a.m.  Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted a thirty-day extension of time to respond to Plaintiff's brief, from June 8, 2026 to July 8, 2026.

Respectfully submitted,

DATED: June 1, 2026                    By: /s/ Harvey P. Sackett
                                       HARVEY P. SACKETT, ESQ.
                                       Sackett and Associates

                                       Attorney for Plaintiff

DATED: June 1, 2026                    CRAIG H. MISSAKIAN
                                       United States Attorney

                                       By: s/ Lisa A. Tillman
                                       LISA A. TILLMAN, ESQ.
                                       Special Assistant United States Attorney
                                       Office of Program Litigation, Office 7

                                       Attorneys for Defendant

2

**ATTESTATION**

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Harvey Sackett, Esq. to affix their electronic signature to this document.

By: s/ *Lisa A. Tillman*
LISA A. TILLMAN
Special Assistant U.S. Attorney

**ORDER**

Pursuant to the above-stated stipulation, the deadline for Defendant's brief is extended from June 8, 2026 to July 8, 2026.

IT IS SO ORDERED.

Dated: 6/2/2026

Judge Haywood S. Gilliam, Jr.