CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
LISA A. TILLMAN (CA Bar No. 126424)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-965-5909
Email: Lisa.A.Tillman@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| ERIK L. HANCOCK,<br><br>        Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CIVIL NO. 4:25-cv-08841-HSG<br><br>**STIPULATION AND ORDER RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |

IT IS HEREBY STIPULATED by the parties, through their counsels, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision.

1

On remand by this Court, the Appeals Council will vacate the final decision and remand the case to an administrative law judge (ALJ). The ALJ will further develop the record as necessary and issue a new decision.

Respectfully submitted,

DATED: June 2, 2026          By: */s/ Harvey P. Sackett*
                             HARVEY P. SACKETT, ESQ.
                             Sackett and Associates

                             Attorney for Plaintiff

DATED: June 2, 2026          CRAIG H. MISSAKIAN
                             United States Attorney

                             By: s/ *Lisa A. Tillman*
                             LISA A. TILLMAN, ESQ.
                             Special Assistant United States Attorney
                             Office of Program Litigation, Office 7

                             Attorneys for Defendant

**ATTESTATION**

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Andrea Banks, Esq. to affix their electronic signature to this document.

                             By: s/ *Lisa A. Tillman*
                             LISA A. TILLMAN
                             Special Assistant U.S. Attorney

**ORDER**

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ORDERS that this case be remanded to the

Social Security Administration for further proceedings, consistent with the parties' joint stipulation, and that judgment be entered for Plaintiff.

Dated this 3rd day of June, 2026.

_____

JUDGE HAYWOOD S GILLIAM, JR.